IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA  :

v.  :  C.A. No.: 04-100-M

LARRY PACKARD  :

## NOTICE OF MOTION

TO: Captain Rivera-Miranda
436 AW/JA 200 Eagle Way
Dover Air Force Base
Dover, Delaware 19902

PLEASE TAKE NOTICE that the attached Motion to Suppress will be presented to the Court at its earliest convenience.

LAW OFFICE OF
EDWARD C. GILL, P.A.

_____
Edward C. Gill, Esquire
Attorney for Defendant
P.O. Box 824
Georgetown, DE 19947
854-5400

DATED: 2/28/05

FILED
2005 MAR -1 PM 2:48
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA        :

    v.                              :   C.A. No.: 04-100-M

LARRY PACKARD                   :

## MOTION TO SUPPRESS

NOW COMES the Defendant, by and through his attorney, and respectfully represents:

1. That Defendant was stopped, detained, arrested and searched by an officer of the United States Armed Services on February 8, 2004.

2. That said stop, detention, arrest, and search were accomplished without reasonable suspicion nor probable cause to believe that the Defendant was committing a crime.

3. That said stop, detention, arrest, and search were accomplished in violation of the Fourth and Fourteenth Amendments to the United States Constitution and Article 1, Section 6 of the Constitution of the State of Delaware, and 21 Del. Code §701.

4. That Defendant has standing to bring this motion in that it was he who was stopped, detained, arrested and searched.

WHEREFORE, Defendant respectfully moves that all fruits of the illegal and unconstitutional stop, detention, arrest and search be suppressed from use as evidence by the Government.

LAW OFFICE OF
EDWARD C. GILL, P.A.

DATED: 2/28/05

Edward C. Gill, Esquire
Attorney for Defendant
P.O. Box 824
Georgetown, DE 19947
854-5400

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | C.A. No.: 04-100-M |
| LARRY PACKARD | : | |

### ORDER

After having carefully considered Defendant's Motion to Suppress it is hereby ordered that all fruits of the stop, detention, arrest and search of the Defendant on February 8, 2004 are suppressed from use as evidence by the Government.

_____
Judge

DATED:

<u>AFFIDAVIT OF MAILING</u>

STATE OF DELAWARE   :

COUNTY OF SUSSEX    :

BE IT REMEMBERED that on this 28th day of February, 2005, personally appeared before me, the Subscriber, a Notary Public for the State and County aforesaid, Judy Maddox, Secretary, and being duly sworn according to law deposes and says that she forwarded a copy of Motion to Suppress

To: Captain Rivera-Miranda
    436 AW/JA 200 Eagle Way
    Dover Air Force Base
    Dover, Delaware  19902

by United States Mail with postage prepaid.

_____
Judy Maddox

SWORN TO and SUBSCRIBED before me the 28th day of February, 2005.

_____
Notary Public

Jennifer K. G. Dorr
Notary Public
State of Delaware
Commission Expires 12/1/06