IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
|     Plaintiff, | : |
| v. | : Cr.A.No. 04-100-M |
| LARRY PACKARD, | : |
|     Defendant. | : |

### REQUEST FOR DISCOVERY

NOW COMES the Defendant, Larry Packard, by and through his attorney and pursuant to Criminal Rule 16 requests the Prosecution to produce the following:

1. Any relevant written or recorded statements made by the Defendant or a co-defendant, or copies thereof, within the possession, custody or control of the Government, the existence of which is known or by the exercise of due diligence may become known, to the attorney for the Government; the substance of any oral statement which the Government intends to offer in evidence a the trial made by the Defendant whether before or after arrest in response to interrogation by any person then known to the Defendant or co-defendant to be a Government agent; and recorded tesitmony of the Defendant before a Grand Jury which relates to the offense charged.

2. Prior criminal record of the Defendant, if any.

3. Photographs, books, papers, documents, tangible objects, buildings or places, or copies or portions thereof,

which are within the possession, custody or control of the Government, and which are material to the preparation of the defense or intended for use by the Government as evidence in the trial, or were obtained from or belonged to the Defendant.

    4.    Any results or reports of physical or mental examinations, and of scientific test or experiments, or copies thereof, which are within the possession, custody, or control of the Government, the existence of which is known, or by the exercise of due diligence may become known, to the attorney for the Government, and which are material to the preparation of the defense or are intended for use by the Government as evidence at trial.

                                                    LAW OFFICE OF
                                                    EDWARD C. GILL, P.A.

                                                    /s/
                                                    _____
                                                    Edward C. Gill, Esquire
                                                    Attorney for Defendant
                                                    P.O. Box 824
DATED: 2/28/05                      Georgetown, DE 19947
                                                    (302) 854-5400

<u>AFFIDAVIT OF MAILING</u>

STATE OF DELAWARE  :

COUNTY OF New Castle  :

BE IT REMEMBERED that on this 28th day of February, 2005, personally appeared before me, the Subscriber, a Notary Public for the State and County aforesaid, Judy Maddox, Secretary, and being duly sworn according to law deposes and says that she forwarded Request for Discovery

To:  Captain Rivera-Miranda
     436 AW/JA 200 Eagle Way
     Dover Air Force Base
     Dover, Delaware  19902

by United States Mail with postage prepaid.

*Judy Maddox*
Judy Maddox

SWORN TO and SUBSCRIBED before me the 28th day of February, 2005.

*Jennifer K. G. Dorr*
Notary Public
Jennifer K. G. Dorr
Notary Public
State of Delaware
Commission Expires 12/1/06